STATE OF NEW JERSEY v. FRANK SIMMONS.

March 31, 1988.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES v. D.C. AND M.C.

IN THE MATTER OF D.C. AND M.C., MINORS.

March 31, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. CAESAR FERRARA.

March 31, 1988.

Petition for certification denied.

ROBERT E. THOMPSON AND CORALIE W. THOMPSON v. RICHARD STORNIOLO, JR.

March 31, 1988.

Petition for certification denied.